# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,   Crim. No. 09-304 (JMR/JJK)

    Plaintiff,

v.   **ORDER**

Timothy Lynn Beliveau,

    Defendant.

David J. MacLaughlin, Assistant United States Attorney, counsel for Plaintiff.

Doug Olson and Reynaldo A. Aligada, Jr., Assistant Federal Defenders, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 22, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure (Doc. No. 18), is **DENIED**;

2. Defendant's Pretrial Motion to Suppress Statements (Doc. No. 19), is **DENIED**; and

3. Defendant's Motion for Severance of Tax Counts (Doc. No. 20), is **GRANTED** and counts 1-3 are severed from counts 4-12.

Date: February 23, 2010                              s/James M. Rosenbaum
                                                     James M. Rosenbaum
                                                     United States District Judge