UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-304 (JMR)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| Plaintiff, ) | (18 U.S.C. § 1957) |
| v. ) | |
| TIMOTHY LYNN BELIVEAU ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

1.  The United States Attorney alleges and incorporates by reference the allegations made by the grand jury in paragraphs 1 through 5 and 8 through 15 of the Indictment in this matter (Docket 1), which allege that Timothy Lynn Beliveau conspired to commit a mortgage reconveyance fraud scheme through the use of the interstate wires.

### COUNT 1
(18 U.S.C. § 1957: Engaging in a Monetary Transaction in Criminally Derived Property)

2.  On or about April 1, 2005, in the State and District of Minnesota and elsewhere, the defendant,

**TIMOTHY LYNN BELIVEAU,**

did knowingly engage in a monetary transaction in and affecting interstate commerce in criminally derived property of a value greater than $10,000.00 which was derived from specified unlawful activity, that is, the wire fraud scheme which was the object of the conspiracy described in paragraph 1 above, namely, defendant Beliveau wrote a check from the Private Bank Minnesota account of

SCANNED
MAR 1 0 2010
U.S. DISTRICT COURT MPLS

MAR 09 2010
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

West Bay Capital, Inc. in the amount of $183,082.58 to complete the purchase of a Wellcraft Excalibur boat from a private party residing in the state of Iowa.

All in violation of Title 18, United States Code, Section 1957.

3/9/10

Respectfully Submitted,

B. TODD JONES
United States Attorney

BY: David J. MacLaughlin
Assistant U.S. Attorney
Attorney ID No. 211849