UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  09-304 (JMR/JJK) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **OBJECTIONS TO THE** |
| TIMOTHY LYNN BELIVEAU, | ) | **PRESENTENCE INVESTIGATION** |
| | ) | **REPORT** |
| Defendant. | ) | |

The defendant, by and through his attorneys, respectfully moves the Court for an order extending the time limits under the Local Rules in which correspondence with respect to sentencing procedures are due. The current scheduled date is May 4, 2010, and a two-week extension is requested to May 18, 2010, respectively. The reasons for this motion are as follows. This case is complex and involves complicated guideline calculations and voluminous documentary evidence. Counsel and Mr. Beliveau need additional time to review the presentence report and to discuss potential amendments and objections to the report.

This motion is based on all records, files and proceedings herein and the need for additional time to adequately respond to and resolve any difficulties in the presentence investigation.

Dated: May 4, 2010                                    Respectfully submitted,


                                                      *s/ Reynaldo A. Aligada, Jr.*
                                                      _____
                                                      REYNALDO A. ALIGADA, JR.
                                                      Attorney ID No. 319776
                                                      DOUGLAS OLSON
                                                      Attorney ID No. 169067
                                                      Attorneys for Defendant
                                                      107 U.S. Courthouse
                                                      300 South Fourth Street
                                                      Minneapolis, MN 55415