UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-304 (JMR/JJK)

United States of America,

                Plaintiff,

v.

Timothy Lynn Beliveau,

                Defendant.

**ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

---

David MacLaughlin, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr. and Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsels for Defendant.

---

The Defendant's Motion for Extension of Time [doc. no. 41] is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence shall be due to the Probation Office by May 18, 2010.

Dated: May 6, 2010                            s/James M. Rosenbaum
                                                  Honorable James M. Rosenbaum
                                                  United States District Court Judge